(INND Rev. 8/16)                                                                                                         page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Andrew Rodgers
[You are the PLAINTIFF, print your full name on this line.]

v.

Elkhart Police Department
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:19cv369
[For a new case in this court, leave blank. The court will assign a case number.]

FILED 2019 MAY -9 AM 9:49 U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Joshua Titus | 175 Waterfall Dr. Elkhart, IN, 46516 |
| 2 | [Put the names of any other defendants in these boxes.] Barnes | 175 Waterfall Dr. Elkhart IN 46516 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 2

2. What is your address? 702 Concord St Elkhart, IN, 46516

3. What is your telephone number: (███) ███-████

4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 8/16)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

On May, 8th, 2017 I (Andrew Rodgers) was riding a bike on Chester street tow. park street. As I reached Park street I (Andrew Rodgers) was stopped on corner of Chester and park street by Elkhart, IN City Police officer (PHM) Titus (Joshua). I asked Elkhart city Police officer Titus (Joshua) "why he stopped me" (Andrew Rodgers). Officer Titus "say due to no light on the back of the bike." He officer Titus (Joshua) search me (Andrew Rodgers) and finds nothing illegal on me nor was I doing anything illegal. Elkhart Police Officer (PHM) Titus (Joshua) told me "I want get a ticket as long as Im cool." Officer Titus radios for back up. Elkhart Police Officer (PHM) Barnes arrives to the stop on chester and park. Titus then gets on his cell phone and say "he is calling to see if my name have any warrents on it." I (Andrew Rodgers) asked officer Titus "Why he didn't radio my name". Officer Titus proceeded to say "people name get ran thru the bmv but its down so he have to call it in." So we sit at the sense of the stop until my name (Andrew Rodgers) came back from the warrent check. Some time goes by and my name (Andrew Rodgers) came back from the warrent check with no warrents on it. Officer Titus lets me leave as I was turning around Officer Titus stops me and ask me to count my money. Me (Andrew Rodgers) and officer Titus got into a minor dispute over him Officer Titus counting my money. What stopped the minor dispute Officer Titus said he will take it and count it. While all this is transpiring officer Barnes remains silent while my rights are being violated. I (Andrew Rodgers) hand officer Titus part of my money. Officer Titus said "this not all the money where is the rest of it at." After I handed officer Titus the rest of my money he proceeded to say "he taking my money". I asked officer Titus "why he taking my money". Officer Titus in response "It's because I (Andrew Rodgers) look like a drug dealer." I asked Officer Titus "Why you say that". Officer Titus response "because I have two (2) cell phones and the way I was dressed." I asked officer Titus "can I count my money". Officer Titus said "he will count it." Officer Titus proceeded to count my money and tells me "he counted Four hundred and sixty-four dollars ($464.00)". After officer Titus counted my money he told me he taking my money. Still officer Barnes remains silent while my rights are being violated. I asked officer Titus "for a receipt and how can I get my money back" Officer Titus tells me "to go to the police station." I go the next day May 9, 2017. Just to find out it was not at the police station and they knew nothing about it. Officer Titus did not turn the money in he illegally took from me. I file a compliant while I was at the police station. I went and reported it to the warrent officer Dave and showed him the fake receipt officer Titus wrote me (Andrew Rodgers). I (Andrew Rodgers) also reported it to internal affairs Lieutenat J. Anderson. Lt J. Anderson uses some fancy law word to describe why my money was taken. Speaking

with Lt. J. Anderson on a later date he Lt. J. Anderson in other words he knows nothing about the money taken from me (Andrew Rodgers). But in the first meeting Lt. J. Anderson told me something different. I was discriminated against and racial profiled. I was apprehended to a illegal search and seizure. This situation has caused alot of problems in my life. I don't trust the Elkhart Police Department and feel threatend for my belongings safety. In this letter is a dvid and paper work to support my claim.

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- ⊗ No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

_____
_____
_____
_____
_____
_____

FILING FEE – Are you paying the filing fee?

- ○ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ⊗ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

AR ___ I will keep a copy of this complaint for my records.
AR ___ I will promptly notify the court of any change of address.
AR ___ I declare **under penalty of perjury** that the statements in this complaint are true.

_[signature]_____    4/11/19_____
Signature                                                                            Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]